IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRADY KEITH, Individually and on behalf of a class,** | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV135 |
| V. | ) ) | |
| **BACK YARD BURGERS OF NEBRASKA, INC., DOES 1-10, and BACKYARD BURGERS, INC.,** | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter comes before the Court on Plaintiff Brady Keith's and Defendant Back Yard Burgers of Nebraska, Inc.'s Stipulation for Extension of Time in which to Answer or Otherwise Plead ("Stipulation"). (Filing 18.) The Court has received and reviewed the aforementioned Stipulation and finds good cause to extend Back Yard Burgers of Nebraska, Inc.'s and Back Yard Burgers, Inc.'s deadline to answer or otherwise respond to the Amended Complaint by sixty (60) days.

**IT IS ORDERED:**

1. Plaintiff Brady Keith's and Defendant Back Yard Burgers of Nebraska, Inc.'s Stipulation for Extension of Time in which to Answer or Otherwise Plead (filing 18) is hereby adopted;

2. Defendant Back Yard Burgers of Nebraska, Inc.'s and Back Yard Burgers, Inc.'s deadline to answer or otherwise respond to the Amended Complaint is extended to August 21, 2011.

**DATED June 21, 2011.**

                                            **BY THE COURT:**

                                            **S/ F.A. Gossett**
                                            **United States Magistrate Judge**