IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRADY KEITH, Individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV135 |
| V. | ) ) | |
| BACK YARD BURGERS OF NEBRASKA, INC., DOES 1-10, and BACKYARD BURGERS, INC., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

    This matter is before the court on the Motion to Withdraw as Counsel of Record for Back Yard Burgers of Nebraska, Inc. (filing 24).  The Motion will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record for Back Yard Burgers of Nebraska, Inc. (filing 24) is granted.

2. Dan Ketcham and the law firm of Engles, Ketcham, Olson & Keith, P.C. are hereby granted leave to withdraw as counsel of record for Back Yard Burgers of Nebraska, Inc.. Back Yard Burgers of Nebraska, Inc. will continue to be represented by Gregory Scaglione and J. Daniel Weidner of the Koley, Jessen Law Firm.

3. Dan Ketcham and the law firm of Engles, Ketcham, Olson & Keith, P.C. will continue to represent Defendant BackYard Burgers, Inc. in this matter.

**DATED September 14, 2011.**

                                                  **BY THE COURT:**

                                                  **S/ F.A. Gossett**
                                                  **United States Magistrate Judge**