IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Brady Keith, Individually and on behalf of a class, | ) ) ) CASE NO. 11-CV-00135 |
| Plaintiff(s), | ) ) ) |
| v. | ) PROTECTIVE ORDER ) |
| Backyard Burgers of Nebraska, Inc.; Back Yard Burgers, Inc.; DOES 1-10, | ) ) ) |
| Defendant(s). | ) |

This matter is before the Court on Back Yard Burgers, Inc.'s Motion for Entry of Proposed Stipulated Protective Order (filing 32). This Court finds that good cause appears for entry of the requested protective order on the terms and conditions contained in the Stipulated Confidentiality Agreement (filing 33, ex. A) to protect the trade secrets and confidential research, development and commercial information to be produced by the parties prior to and during discovery in the case.

Accordingly,

**IT IS ORDERED** that the parties, their attorneys and Authorized Persons described in the Stipulated Confidentiality Agreement comply with the terms of the Agreement in its entirety.

**DATED October 13, 2011.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge