**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **BRADY KEITH,** ) <br> **Individually and on behalf of a class,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **BACK YARD BURGERS OF** ) <br> **NEBRASKA, INC.; BACKYARD** ) <br> **BURGERS, INC., and DOES 1-10,** ) <br> ) <br> **Defendants.** ) | Case No. 8:11-CV-00135 <br><br><br><br><br> ORDER |

This matter is before the court on Plaintiff's motion (filing 51) for an order allowing Shawn M. Ford to withdraw as counsel for Plaintiff in the above-captioned matter. The court finds that the motion should be granted.

**IT IS ORDERED** that Shawn M. Ford is allowed to withdraw as counsel for Plaintiff. The law firm of Spencer Fane Britt & Browne LLP, including Joshua C. Dickinson, Brian J. Christensen, Bryant T. Lamer and Lindsay Todd Perkins, will continue to represent Plaintiff in this matter. The Clerk of Court shall terminate the appearance of Shawn M. Ford as Plaintiff's counsel and, additionally, terminate future electronic notices to Mr. Ford in this matter.

**DATED February 15, 2012.**

BY THE COURT:

S/ F. A. Gossett
**United States Magistrate Judge**