# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRADY KEITH, Individually and on behalf of a class,** | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV135 |
| V. | ) ) | |
| **BACK YARD BURGERS OF NEBRASKA, INC., DOES 1-10, and BACKYARD BURGERS, INC.,** | ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

Brian Christensen has moved to withdraw as counsel for Plaintiff in this action (filing 104). Upon the representation that Plaintiff will continue to be represented in this action, the motion to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. Brian Christensen's Motion for Leave to Withdraw as Counsel (filing 104) is granted.

2. The Clerk of Court shall terminate Mr. Christensen's appearance as counsel for Plaintiff and shall terminate future notices to him in this matter.

**DATED February 24, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**