IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRADY KEITH, Individually and on behalf of a class, <br><br> Plaintiff, <br><br> vs. <br><br> BACK YARD BURGERS OF NEBRASKA, INC.; DOES 1-10; and BACKYARD BURGERS, INC., <br><br> Defendants. | Case No. 8:11CV135 <br><br> **ORDER** |

Upon notice of settlement given to the magistrate judge by Joshua Dickinson and Daniel Weidner, counsel for the parties,

**IT IS ORDERED:**

1. On or before **June 11, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. Any pending deadlines are cancelled upon the representation that this case is settled.

Dated: May 12, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge